United States Court of Appeals
**FOR THE EIGHTH CIRCUIT**
No. 97-2992

Silver Ziebarth, doing business as     *
Ziebarth Farms, doing business as     *
Ziebarth Genetics,     *
    *
        Appellant,     *
    * Appeal from the United States
    v.     * District Court for the
    * District of North Dakota.
AgriBank, FCB,     *
    *      [UNPUBLISHED]
        Appellee.     *

_____

Submitted:  December 26, 1997
Filed: January 6, 1998
_____

Before BOWMAN,WOLLMAN, and MURPHY, Circuit Judges.
_____

PER CURIAM.

Silver Ziebarth appeals from the District Court's[1] affirmance of the Bankruptcy Court's[2] order denying his motions to enforce a stay and to lift an injunction, and

_____

[1]The Honorable Patrick A. Conmy, United States District Judge for the District of North Dakota, adopting the report and recommendations of the Honorable Dwight C.H. Kautzmann, United States Magistrate Judge for the District of North Dakota.

[2]The Honorable William A. Hill, United States Bankruptcy Judge for the District of North Dakota.

dismissal of his case with prejudice. After carefully reviewing the record and the parties' briefs, we affirm the District Court's judgment. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.